

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2015

No. 04-15-00422-CR

Carl Jr. **RANDLE**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4661A
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The trial court's certifications states this "is a plea-bargain case, and the defendant has NO right of appeal."  We therefore **ORDER** the trial court clerk to file, within ten days of the date of this order, an electronic clerk's record containing the following documents:

1.  All pre-trial motions and the orders on those motions, if any;

2.  All documents relating to the defendant's plea bargain, including the court's admonishments, the defendant's waiver and consent to stipulation of testimony, and any other stipulations;

3.  The judgment;

4.  All post-judgment motions and the orders on those motions, if any;

5.  The notices of appeal;

6.  The trial court's certification of defendant's right of appeal; and

7.  The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court.  The clerk of this court is **ORDERED** to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporters responsible for preparing the reporter's record in this appeal.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court